DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE Civil 5.4 9.1(a)(u)
(Rule Number/Section)

FILED ___ LODGED ___
___ RECEIVED ___ COPY

JUL 13 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

CV-22-1185-PHX-JFM

Honorable Bishop Judge Top Military Officer Gene Edward Scott II ... a Veteran and Student of Dimes' Donor

Honorable Bishop Judge Top Military Officer Gene Edward Scott II a... Veteran and College Student and March of Dimes donor, Petitioner

VS.

Every Conferate, KKK and Neo Nazi Neo Nazi Camp and their colors..., Defendents and will Bobo Jr and Graciela Garcia Dale Sims (neglectfuls) and Mafias (Defendants) (so call friendly friend)

1600 Pennsylvania Avenue, NW Washington, DC 20500 (202) ~~████████~~ ~~████████~~ at (602) for at Kamala Harris fleshly victim causing neglect an assailant with many accomplices even so others (Defendants). and also

-1-

I. Question Of Law(s): But
(1). Actually.,.

III, IV, V, I, VI to XXVII, II
Amendments of the Unite States
Constitutions and *Privacy Rights
of 1974* Act, Federal Rules of Civ,
Procedures and Fair (opt) Housings
Act and Healthcare Act and
International Trade Commission
Court Act and Animal Care Act
and Animal Rights Acts and A.R.S.
19, etc..., Diversity of Citizenship
and Courts Captions' Jurisdictions
(2). Prosecutionals ( Citizenship) represent-
ations) Certification Count By: petitioner and
Kimberly Denham mutually discretiona-
lly ∞ that... International Laws have
allow to violate against petitioner
and Kimberly Denham both
-2- 100% innocent.

III con't: State of Claim:
H-e-r-e
Certificational Civil Complaint consortional a--s our (100% innocent people's) (11.5 Billion's) testimony morally legal with us.

Please, legalize every substance (liquor) (and) (narcotic) in for in petitioner and Ms. Kimberly Denham both operating any one ( machinery , Vehicle and electrical generator) (and, space) while in Kimberly Denham's discretion, except plain God specifically for God deserves 100% freedom forever) ... ( each three with Diplomatic Immunity) during always forever legally -- 3 -- while it ever violate

against the III (petitioner, Kimberly Denham), the legal Court sentencing shall be (Natural Life) without any parole but with "hard labor" and Court Martial because many have spoken (" Friendly Fire" every light yearly) so... for our requesting your protecting our huge painful k— not PVA hops. So huge painful k— not in on Kimberly Denham's real anatomical leg because while on a bicycle (, Kimberly Denham's) (transportation), a vehicle illegally ran wheely vehicle on victim Kimberly Denham's very own anatomical leg

−4−

in physical pain without needing amputation... while we humbly request that ... the Defendants get the Defendants remain in the "South Pole" to protect the Ole Glory while the the Defendants avoid weapons, military supplies, because the Defendants have murder 6 million Jews and 600 million Africans between West Africa to Eastern -5- United States..

S.O.R.

Because the ones

victims (600 million
plus africans [Negroes]
and 6 million plus [Jews])

(Constantly "kill Gene")
who is 100% innocent
and being the only one
paying apartment rent
ever with receipts and
people continue as

victims of Jim Crow
law and false arrest by
U.S. Police, and not enough
negro Apt. —6— managers

and very illegal
( mental Health's
psychiatrist and Case

Managers,

Please, grant Fed
Court Order -- Intern-
ally Court Order to
grant: $ tax exemp-
tion plus $63 million
to both -7- petitioner and

Ms. Kimberly Denham during soon after now before permanantly migrating the Defendant to the South Pole without weapons nor return for we 8 request Fed - International Restraining Orders for - ever for Petitioner/Kim Den

ham (Kimberly Denham) because On t.v., Sheriff Joe Arpaio Said, "Mexican Mafia demands Latin Inmates to brutally physically fight" Negro type inmate —9— Constantly.

Dated : 6/29/
2022.

Miller.

Please, legally
investigate,,.